# Exhibit A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (test)[ in Title ]AND(king)[ in Name Claimant  ]
Search Results: Displaying 15 of 59 entries



*King-Devick saccade test.*

**Type of Work:** Text
**Registration Number / Date:** TXu000134747 / 1983-08-23
**Title:** King-Devick saccade test.
**Description:** 1 v.
**Copyright Claimant:** Steven D. Devick & Alan J. King
**Date of Creation:** 1976
**Authorship on Application:** Alan J. King & Steven D. Devick.
**Names:** Devick, Steven D., 1952-
King, Alan J., 1947-





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TXu001742358
Search Results: Displaying 1 of 2 entries



*King Devick Test - Version 2.*

|  |  |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu001742358 / 2011-02-10 |
|  | Supplemented by: TXu001373338 / 2011-11-09 |
| **Application Title:** | King Devick Test - Version 2. |
| **Title:** | King Devick Test - Version 2. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | King Devick Test, LLC, Transfer: By written agreement. Address: 2001 Butterfield Road, Suite 340, Downers Grove, IL, 60515, United States. |
| **Date of Creation:** | 2011 |
| **Authorship on Application:** | Steve Devick; Domicile: United States; Citizenship: United States. Authorship: additional and revised text. |
| **Pre-existing Material:** | some previously published text. |
| **Basis of Claim:** | additional and revised text. |
| **Rights and Permissions:** | King Devick Test, LLC, 2001 Butterfield Road, Suite 340, Downers Grove, IL, 60515, United States |
| **Copyright Note:** | C.O. correspondence. |
|  | See also King Devick Test - Version 2; Reg. 2011-11-09; TXu001373338 |
| **Names:** | Devick, Steve |
|  | King Devick Test, LLC |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TXu001742358
Search Results: Displaying 2 of 2 entries



*King Devick Test - Version 2 / by Steve Devick.*

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu001373338 / 2011-11-09 |
| | Supplement to: TXu001742358 / 2011 |
| **Title:** | King Devick Test - Version 2 / by Steve Devick. |
| **Notes:** | Statement re transfer space: not applicable (on original appl.: by written agreement) |
| **Copyright Claimant:** | King Devick Test, LLC |
| **Authorship on Application:** | King Devick Test, LLC, employer for hire (on original appl.: additional and revised text: Steve Devick) |
| **Supplement to Registration:** | TXu 1-742-358, 2011 |
| **Names:** | Devick, Steve |
| | King Devick Test, LLC |
| | King Devick Test, LLC |





---

Help   Search   History   Titles   Start Over

---

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |
Copyright Office Home Page   |   Library of Congress Home Page