# Exhibit C



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0007400950
Search Results: Displaying 1 of 1 entries



*King-Devick Test IPad App.*

|  |  |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0007400950 / 2011-05-25 |
| **Application Title:** | King-Devick Test IPad App. |
| **Title:** | King-Devick Test IPad App. |
| **Description:** | Electronic Deposit. |
| **Copyright Claimant:** | King Devick Test, LLC. Address: PO Box 4914, Oak Brook, IL, 60522, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-05-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | King Devick Test, LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, photograph(s), compilation, editing, computer program, artwork. |
| **Previous Registration:** | 1983-08-23, TXu000134747. |
|  | 2010-03-17, TX0007217960. |
| **Pre-existing Material:** | text, Comments: Excluded from this registration are previously registered test, score sheet and instructions (as listed in "Previous Registration") which are also claimed by King Devick Test, LLC. This new application for registration is for the IPAD computer program that uses the previous registrations and expands them with additional artwork, editing, and computer programming. |
| **Basis of Claim:** | text, compilation, editing, computer program, artwork. |
| **Rights and Permissions:** | Steve Devick, King Devick Test, LLC, PO Box 4914, Oak Brook, IL, 60522, United States, (630) 493-9596, sdevick@kingdevicktest.com |
| **Names:** | King Devick Test, LLC |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0007458996
Search Results: Displaying 1 of 1 entries



***King-Devick Test IPad App Version 1.1.***

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0007458996 / 2011-11-09 |
| **Application Title:** | King-Devick Test IPad App Version 1.1. |
| **Title:** | King-Devick Test IPad App Version 1.1. |
| **Description:** | Computer Code. |
| **Copyright Claimant:** | King Devick Test, LLC, Transfer: Claim to second author's contributions acquired via written agreement. Address: Two Mid America Plaza, Suite 110, Oakbrook Terrace, IL, 60181, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-09-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | King Devick Test, LLC; Citizenship: United States. Authorship: computer program, software display. |
| | Richard Cronin, 1969- ; Citizenship: Ireland. Authorship: computer program, software display. |
| **Previous Registration:** | 2011, TX0007400950. |
| | 2011, TXu001742358. |
| **Pre-existing Material:** | text, Software code and material previously excluded in TX0007400950. |
| **Basis of Claim:** | computer program, Software display. |
| **Rights and Permissions:** | Steve Devick, King Devick Test, LLC, Two Mid America Plaza, Suite 110, Oakbrook Terrace, IL, 60181, United States, (630) 501-0288, sdevick@kingdevicktest.com |
| **Names:** | Cronin, Richard, 1969- |
| | King Devick Test, LLC |





| Save, Print and Email (Help Page) |
|---|
| Select Download Format: Full Record    Format for Print/Save |
| Enter your email address:    Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0008341913
Search Results: Displaying 1 of 1 entries



*King-Devick Test Pro iPad (v.3.92)*

|  |  |
|---:|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0008341913 / 2016-03-30 |
| **Application Title:** | King-Devick Test Pro iPad (v.3.92) |
| **Title:** | King-Devick Test Pro iPad (v.3.92) |
| **Description:** | Print material. |
| **Copyright Claimant:** | King-Devick Test, Inc., Transfer: by written agreement. Address: Two Mid America Plaza, Suite 110, Oakbrook Terrace, Illinois, 60181. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-08-11 |
| **Authorship on Application:** | King-Devick Test, Inc., employer for hire; Domicile: United States. Authorship: computer program, software display. |
|  | Richard Cronin, 1969- . Authorship: computer program, software display. |
| **Previous Registration:** | 2013, 2011, TX0007900651, TX0007400950. |
| **Pre-existing Material:** | Text, software code and material previously excluded in TX0007900651. |
| **Basis of Claim:** | Additions and changes to computer code and display output. |
| **Names:** | Cronin, Richard, 1969-<br>King-Devick Test, Inc. |





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page