# Exhibit D



# KING-DEVICK TEST

| | |
|---|---|
| **Reg. No. 3,897,227** | KING-DEVICK TEST, LLC (ILLINOIS LIMITED LIABILITY COMPANY) |
| **Registered Dec. 28, 2010** | 2001 BUTTERFIELD ROAD, SUITE 340<br>DOWNERS GROVE, IL 60515 |
| **Int. Cl.: 10** | FOR: EYE CHARTS FOR MEDICAL EXAMINATION USE, IN CLASS 10 (U.S. CLS. 26, 39 AND 44). |
| **TRADEMARK** | FIRST USE 12-31-1983; IN COMMERCE 12-31-1983. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TEST", APART FROM THE MARK AS SHOWN. |
| | SER. NO. 85-036,254, FILED 5-12-2010. |
| | DAVID TAYLOR, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

 United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 4**

| | | |
|---|---|---|
| **Serial #:** 85036254 | **Filing Dt:** 05/12/2010 | **Reg #:** 3897227 | **Reg. Dt:** 12/28/2010 |
| **Registrant:** King Devick Test, LLC | | |
| **Mark:** KING-DEVICK TEST | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4479/0926 | **Recorded:** 02/16/2011 | **Pages:** 16 |
| **Conveyance:** SECURITY INTEREST | | |
| **Assignor:** KING-DEVICK TEST, LLC | | **Exec Dt:** 02/14/2011 |
| | | **Entity Type:** LIMITED LIABILITY COMPANY |
| | | **Citizenship:** ILLINOIS |
| **Assignee:** COWELL, CASEY<br>211 N. CLINTON ST.<br>SUITE 2 N<br>CHICAGO, ILLINOIS 60661 | | **Entity Type:** INDIVIDUAL<br>**Citizenship:** UNITED STATES |
| **Correspondent:** ANDREW L. GOLDSTEIN<br>311 S. WACKER DRIVE<br>SUITE 3000<br>CHICAGO, IL 60606 | | |

**Assignment: 2**

| | | |
|---|---|---|
| **Reel/Frame:** 5729/0001 | **Recorded:** 02/11/2016 | **Pages:** 8 |
| **Conveyance:** MERGER EFFECTIVE 06/06/2012 | | |
| **Assignor:** KING DEVICK TEST, LLC | | **Exec Dt:** 06/01/2012 |
| | | **Entity Type:** LIMITED LIABILITY COMPANY |
| | | **Citizenship:** ILLINOIS |
| **Assignee:** KING DEVICK TEST DE, LLC<br>TWO MID AMERICA PLAZA, SUITE 110<br>OAKBROOK TERRACE, ILLINOIS 60181 | | **Entity Type:** LIMITED LIABILITY COMPANY<br>**Citizenship:** DELAWARE |
| **Correspondent:** JOSHUA JARVIS, ESQ., FOLEY HOAG LLP<br>155 SEAPORT BOULEVARD<br>BOSTON, MA 02210 | | |

**Assignment: 3**

| | | |
|---|---|---|
| **Reel/Frame:** 5735/0386 | **Recorded:** 02/18/2016 | **Pages:** 3 |
| **Conveyance:** MERGER EFFECTIVE 02/26/2015 | | |
| **Assignor:** KING DEVICK TEST DE, LLC | | **Exec Dt:** 02/26/2015 |
| | | **Entity Type:** LIMITED LIABILITY COMPANY |
| | | **Citizenship:** DELAWARE |
| **Assignee:** KING-DEVICK TEST, INC.<br>TWO MID AMERICA PLAZA, SUITE 110<br>OAKBROOK TERRACE, ILLINOIS 60181 | | **Entity Type:** CORPORATION<br>**Citizenship:** DELAWARE |
| **Correspondent:** JOSHUA JARVIS, ESQ., FOLEY HOAG LLP<br>155 SEAPORT BOULEVARD<br>BOSTON, MA 02210 | | |

**Assignment: 4**

|  |  |  |  |  |
|---|---|---|---|---|
| **Reel/Frame:** | 6010/0706 | **Recorded:** 03/14/2017 | | **Pages:** 4 |
| **Conveyance:** | RELEASE BY SECURED PARTY | | | |
| **Assignor:** | COWELL, CASEY | | **Exec Dt:** | 03/13/2017 |
| | | | **Entity Type:** | INDIVIDUAL |
| | | | **Citizenship:** | NONE |
| **Assignee:** | KING-DEVICK TEST, INC. | | **Entity Type:** | CORPORATION |
| | TWO MID AMERICA PLAZA | | **Citizenship:** | DELAWARE |
| | SUITE 110 | | | |
| | OAKBROOK TERRACE, ILLINOIS 60181 | | | |
| **Correspondent:** | AG | | | |
| | 123 EATS | | | |
| | CHICAGO, IL 60606 | | | |

Search Results as of: 11/06/2017 08:19 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States of America
### United States Patent and Trademark Office

# KING-DEVICK TEST

**Reg. No. 4,189,908**  
**Registered Aug. 14, 2012**  
**Int. Cls.: 9, 16 and 42**

**TRADEMARK**  
**SERVICE MARK**  
**PRINCIPAL REGISTER**

KING DEVICK TEST, LLC (ILLINOIS LIMITED LIABILITY COMPANY)  
TWO MID AMERICA PLAZA, SUITE 110  
OAKBROOK TERRACE, IL 60181

FOR: COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES AND PORTABLE ELECTRONIC DEVICES, NAMELY, SOFTWARE FOR MEDICAL EYE EXAMINATIONS AND GAUGING OCULOMOTOR INEFFICIENCIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-0-2011; IN COMMERCE 4-0-2011.

FOR: PRINTED MATERIAL, NAMELY, BOOKS, MANUALS, AND TEST CARDS IN THE FIELD OF MEDICAL EYE EXAMINATIONS, OCULOMOTOR INEFFICIENCIES, CONCUSSIONS, DYSLEXIA, AND EYE AND BRAIN HEALTH, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-1983; IN COMMERCE 12-31-1983.

FOR: SOFTWARE AS A SERVICE (SAAS) SERVICES FEATURING SOFTWARE FOR MEDICAL EYE EXAMINATIONS AND GAUGING OCULOMOTOR INEFFICIENCIES; PROVIDING A WEBSITE FEATURING INFORMATION ABOUT OCULOMOTOR INEFFICIENCIES, CONCUSSIONS, AND DYSLEXIA, AND EYE AND BRAIN HEALTH, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-0-2011; IN COMMERCE 7-0-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,897,227 AND 4,025,581.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TEST", APART FROM THE MARK AS SHOWN.

SER. NO. 85-494,813, FILED 12-14-2011.

JOHN DALIER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

 

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 85494813  **Filing Dt:** 12/14/2011  **Reg #:** 4189908  **Reg. Dt:** 08/14/2012
**Registrant:** King Devick Test, LLC
**Mark:** KING-DEVICK TEST

**Assignment: 1**

**Reel/Frame:** 5729/0001  **Recorded:** 02/11/2016  **Pages:** 8
**Conveyance:** MERGER EFFECTIVE 06/06/2012
**Assignor:** KING DEVICK TEST, LLC  **Exec Dt:** 06/01/2012
  **Entity Type:** LIMITED LIABILITY COMPANY
  **Citizenship:** ILLINOIS
**Assignee:** KING DEVICK TEST DE, LLC  **Entity Type:** LIMITED LIABILITY COMPANY
TWO MID AMERICA PLAZA, SUITE 110
OAKBROOK TERRACE, ILLINOIS 60181  **Citizenship:** DELAWARE
**Correspondent:** JOSHUA JARVIS, ESQ., FOLEY HOAG LLP
155 SEAPORT BOULEVARD
BOSTON, MA 02210

**Assignment: 2**

**Reel/Frame:** 5735/0386  **Recorded:** 02/18/2016  **Pages:** 3
**Conveyance:** MERGER EFFECTIVE 02/26/2015
**Assignor:** KING DEVICK TEST DE, LLC  **Exec Dt:** 02/26/2015
  **Entity Type:** LIMITED LIABILITY COMPANY
  **Citizenship:** DELAWARE
**Assignee:** KING-DEVICK TEST, INC.  **Entity Type:** CORPORATION
TWO MID AMERICA PLAZA, SUITE 110
OAKBROOK TERRACE, ILLINOIS 60181  **Citizenship:** DELAWARE
**Correspondent:** JOSHUA JARVIS, ESQ., FOLEY HOAG LLP
155 SEAPORT BOULEVARD
BOSTON, MA 02210

Search Results as of: 11/06/2017 08:22 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



# United States of America
## United States Patent and Trademark Office

# K-D TEST

**Reg. No. 4,025,581**  
**Registered Sep. 13, 2011**  
**Int. Cl.: 10**  
**TRADEMARK**  
**PRINCIPAL REGISTER**

KING-DEVICK TEST, LLC (ILLINOIS LIMITED LIABILITY COMPANY)  
2001 BUTTERFIELD ROAD, SUITE 340  
DOWNERS GROVE, IL 60515

FOR: EYE CHARTS FOR MEDICAL EXAMINATION USE, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 2-1-2011; IN COMMERCE 2-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TEST", APART FROM THE MARK AS SHOWN.

SER. NO. 85-230,946, FILED 2-1-2011.

BILL DAWE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

 United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| **Serial #:** 85230946 | **Filing Dt:** 02/01/2011 | **Reg #:** 4025581 | **Reg. Dt:** 09/13/2011 |
| **Registrant:** King Devick Test, LLC | | | |
| **Mark:** K-D TEST | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 5729/0001 | **Recorded:** 02/11/2016 | **Pages:** 8 |
| **Conveyance:** MERGER EFFECTIVE 06/06/2012 | | |
| **Assignor:** KING DEVICK TEST, LLC | | **Exec Dt:** 06/01/2012 |
| | | **Entity Type:** LIMITED LIABILITY COMPANY |
| | | **Citizenship:** ILLINOIS |
| **Assignee:** KING DEVICK TEST DE, LLC<br>TWO MID AMERICA PLAZA, SUITE 110<br>OAKBROOK TERRACE, ILLINOIS 60181 | | **Entity Type:** LIMITED LIABILITY COMPANY<br>**Citizenship:** DELAWARE |
| **Correspondent:** JOSHUA JARVIS, ESQ., FOLEY HOAG LLP<br>155 SEAPORT BOULEVARD<br>BOSTON, MA 02210 | | |

**Assignment: 2**

| | | |
|---|---|---|
| **Reel/Frame:** 5735/0386 | **Recorded:** 02/18/2016 | **Pages:** 3 |
| **Conveyance:** MERGER EFFECTIVE 02/26/2015 | | |
| **Assignor:** KING DEVICK TEST DE, LLC | | **Exec Dt:** 02/26/2015 |
| | | **Entity Type:** LIMITED LIABILITY COMPANY |
| | | **Citizenship:** DELAWARE |
| **Assignee:** KING-DEVICK TEST, INC.<br>TWO MID AMERICA PLAZA, SUITE 110<br>OAKBROOK TERRACE, ILLINOIS 60181 | | **Entity Type:** CORPORATION<br>**Citizenship:** DELAWARE |
| **Correspondent:** JOSHUA JARVIS, ESQ., FOLEY HOAG LLP<br>155 SEAPORT BOULEVARD<br>BOSTON, MA 02210 | | |

Search Results as of: 11/06/2017 08:20 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States of America
## United States Patent and Trademark Office

# K-D TEST

| | |
|---|---|
| **Reg. No. 4,189,907** | KING DEVICK TEST, LLC (ILLINOIS LIMITED LIABILITY COMPANY) |
| **Registered Aug. 14, 2012** | TWO MID AMERICA PLAZA, SUITE 110 <br> OAKBROOK TERRACE, IL 60181 |

**Int. Cls.: 9, 16 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES AND PORTABLE ELECTRONIC DEVICES, NAMELY, SOFTWARE FOR MEDICAL EYE EXAMINATIONS AND GAUGING OCULOMOTOR INEFFICIENCIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-16-2011; IN COMMERCE 9-16-2011.

FOR: PRINTED MATERIAL, NAMELY, BOOKS, MANUALS, AND TEST CARDS IN THE FIELD OF MEDICAL EYE EXAMINATIONS, OCULOMOTOR INEFFICIENCIES, CONCUSSIONS, DYSLEXIA, AND EYE AND BRAIN HEALTH, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-1-2011; IN COMMERCE 2-1-2011.

FOR: SOFTWARE AS A SERVICE (SAAS) SERVICES FEATURING SOFTWARE FOR MEDICAL EYE EXAMINATIONS AND GAUGING OCULOMOTOR INEFFICIENCIES; PROVIDING A WEBSITE FEATURING INFORMATION ABOUT OCULOMOTOR INEFFICIENCIES, CONCUSSIONS, AND DYSLEXIA, AND EYE AND BRAIN HEALTH, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-12-2011; IN COMMERCE 12-12-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,897,227 AND 4,025,581.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TEST", APART FROM THE MARK AS SHOWN.

SER. NO. 85-494,809, FILED 12-14-2011.

JOHN DALIER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

 United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 85494809  **Filing Dt:** 12/14/2011  **Reg #:** 4189907  **Reg. Dt:** 08/14/2012
**Registrant:** King Devick Test, LLC
**Mark:** K-D TEST

**Assignment: 1**
**Reel/Frame:** 5729/0001  **Recorded:** 02/11/2016  **Pages:** 8
**Conveyance:** MERGER EFFECTIVE 06/06/2012
**Assignor:** KING DEVICK TEST, LLC  **Exec Dt:** 06/01/2012
  **Entity Type:** LIMITED LIABILITY COMPANY
  **Citizenship:** ILLINOIS
**Assignee:** KING DEVICK TEST DE, LLC  **Entity Type:** LIMITED LIABILITY COMPANY
  TWO MID AMERICA PLAZA, SUITE 110
  OAKBROOK TERRACE, ILLINOIS 60181  **Citizenship:** DELAWARE
**Correspondent:** JOSHUA JARVIS, ESQ., FOLEY HOAG LLP
  155 SEAPORT BOULEVARD
  BOSTON, MA 02210

**Assignment: 2**
**Reel/Frame:** 5735/0386  **Recorded:** 02/18/2016  **Pages:** 3
**Conveyance:** MERGER EFFECTIVE 02/26/2015
**Assignor:** KING DEVICK TEST DE, LLC  **Exec Dt:** 02/26/2015
  **Entity Type:** LIMITED LIABILITY COMPANY
  **Citizenship:** DELAWARE
**Assignee:** KING-DEVICK TEST, INC.  **Entity Type:** CORPORATION
  TWO MID AMERICA PLAZA, SUITE 110
  OAKBROOK TERRACE, ILLINOIS 60181  **Citizenship:** DELAWARE
**Correspondent:** JOSHUA JARVIS, ESQ., FOLEY HOAG LLP
  155 SEAPORT BOULEVARD
  BOSTON, MA 02210

Search Results as of: 11/06/2017 08:21 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT