FOLEY HOAG LLP
Peter A. Sullivan (PAS4704)
Natasha Reed (NR8761)
1540 Broadway, 23rd Floor
New York, New York 10036
(646) 927-5500

FOLEY HOAG LLP
David Kluft (*pro hac vice* motion to be filed)
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KING-DEVICK TEST INC., <br><br> Plaintiff, <br><br> vs. <br><br> NYU LANGONE HOSPITALS, STEVEN L. GALETTA, and LAURA J. BALCER, <br><br> Defendants. | Civil Action No. <br><br><br> **Rule 7.1 Statement** |
|---|---|

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for King-Devick Test Inc., (a private non-governmental party) certifies that there are no

publicly held corporate parents, affiliates, or subsidiaries that own 10% of the stock of said party.

Dated:      November 28, 2017           Respectfully submitted,

/s/ Peter A. Sullivan
Peter A. Sullivan (PAS4704)
Natasha Reed (NR8761)
FOLEY HOAG LLP
1540 Broadway, 23rd Floor
New York NY 10036
Tel: 646.927.5500
Fax: (646) 927-5599
psullivan@foleyhoag.com
nreed@foleyhoag.com

David A. Kluft (*pro hac vice* motion to be filed)
FOLEY HOAG LLP

155 Seaport Boulevard
Boston, MA 02210
Tel: 617-832-1000
Fax: 617-832-7000
dkluft@foleyhoag.com

*Attorneys for Plaintiff*