

1540 Broadway
23rd Floor
New York, NY 10036

646.927.5500 main
646.927.5599 fax

Natasha Reed
646-927-5531 direct
nreed@foleyhoag.com

June 15, 2018

**VIA ECF**

Honorable J. Paul Oetken, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *King-Devick Test Inc. v. NYU Langone Hospitals et. al*, Case No. 1:17-cv-09307-JPO

Dear Judge Oetken:

      This firm represents Plaintiff King-Devick Test Inc. ("KDT Inc.") in the above-referenced action. We write, with Defendants' consent, to request a 60-day extension of the deadlines in this action. There have been no prior extension requests.

      To date, the parties have exchanged initial disclosures and each served and responded to document requests and initial interrogatories from the opposing party. The parties are working diligently on document collection and review. Plaintiff has produced a portion of the early documents it agreed to produce during the April 2, 2018 Initial Pretrial Conference, and expects to produce another set of related documents by June 29, with subsequent productions made on a rolling basis. Defendants expect to produce their first set of documents by June 22 and to make subsequent productions on a rolling basis. In light of this, and Local Civil Rules 33.3(b) and (c), it is not practicable for the parties to meet the upcoming deadline of June 19, 2018 to serve Interrogatories and Requests for Admission. The parties believe that the revised schedule set forth below will allow adequate time for them to proceed with discovery and to prepare appropriately to meet the reset deadlines.

      The current and proposed deadlines are set forth below. Under this schedule, discovery would extend beyond a conference that is currently scheduled for August 9, 2018. The parties request that that conference be adjourned, and, as set forth below, propose that the conference be held on or around October 9, 2018, at the Court's convenience.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Interrogatories to be served | June 19, 2018 | August 20, 2018 |
| Requests for Admissions to be served | June 19, 2018 | August 20, 2018 |
| Depositions shall be completed | August 2, 2018 | October 1, 2018 |
| Fact discovery shall be completed | August 2, 2018 | October 1, 2018 |
| Parties' expert disclosures and initial expert reports due | August 7, 2018 | October 9, 2018 |
| Case management conference with Judge Oetken | August 9, 2018 | October 9, 2018 |
| Deadline for counsel for parties to meet in person to discuss settlement | August 16, 2018 | October 15, 2018 |
| Parties' rebuttal expert reports due | September 7, 2018 | November 6, 2018 |
| Expert discovery shall be completed | September 20, 2018 | November 19, 2018 |
| Deadline to file summary judgment motions | October 4, 2018 | December 3, 2018 |
| Deadline to file Joint Pretrial Order (* *if no motion for summary judgment is filed*) | October 20, 2018 | December 19, 2018 |

For the reasons set forth herein, the parties respectfully request that Your Honor grant this extension of time.

Respectfully submitted,

Natasha Reed

Granted.  The parties' proposed discovery schedule is hereby adopted.
The pretrial conference previously scheduled for August 9, 2018. is hereby adjourned to October 9, 2018, at 10:30 a.m.
So ordered:
    June 18, 2018

_____
J. PAUL OETKEN
United States District Judge