UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING-DEVICK TEST INC., <br><br> Plaintiff, <br><br> v. <br><br> NYU LANGONE HOSPITALS, NEW YORK UNIVERSITY, STEVEN L. GALETTA, and LAURA J. BALCER, <br><br> Defendants. | Case No. 1:17-cv-09307 (JPO) |

## DEFENDANTS' NOTICE OF MOTION AND MOTION FOR THE ISSUANCE OF A REQUEST TO THE REGISTER OF COPYRIGHTS PURSUANT TO 17 U.S.C. § 411(B)(2)

PLEASE TAKE NOTICE that, on January 25, 2019, upon the accompanying Memorandum of Law in Support of Defendants' Motion for the Issuance of a Request to the Register of Copyrights Pursuant to 17 U.S.C. § 411(b)(2), the Declaration of Kristen McCallion, the exhibits attached thereto, and the proceedings to date herein, Defendants NYU Langone Hospitals, New York University, Steven L. Galetta, and Laura J. Balcer, by and through their undersigned attorneys, move this Court to request the Register of Copyrights to advise whether the inaccurate information in Plaintiff's U.S. Copyright Registration No. TXu000134747, if known, would have caused the Register of Copyrights to refuse registration. 17 U.S.C. § 411(b)(2).

This motion should be granted for the reasons set forth in the accompanying Memorandum of Law, any supporting, opposing, or reply papers which may be filed, and such other arguments and evidence that may be brought before the Court.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: January 25, 2019

By: /s/ Kristen McCallion
Kristen McCallion (KM5593)
mccallion@fr.com
John S. Goetz (JG8271)
goetz@fr.com
Elizabeth Brenckman (EB8264)
brenckman@fr.com
Vivian Cheng (VC6321)
cheng@fr.com
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Attorneys for Defendants
NYU LANGONE HOSPITALS,
NEW YORK UNIVERSITY,
STEVEN L. GALETTA, and
LAURA J. BALCER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 25, 2019, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Kristen McCallion*
Kristen McCallion