# Exhibit A

Case 1:17-cv-09307-JPO   Document 74-1   Filed 01/25/19   Page 2 of 8

10/19/2018     King-Devick Test, Inc., v. NYU Langone Hospitals, et al.     Alan King

Page 1

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

_____

KING-DEVICK TEST, INC.,

       Plaintiff,


V.                              Civil No:1:17-cv-09307


NYU LANGONE HOSPITALS, NEW YORK
UNIVERSITY, STEVEN L. GALETTA, and
LAURA J. BALCER,

       Defendant.

_____


VIDEOTAPED DEPOSITION

OF

DR. ALAN KING

October 19, 2018

1:47 p.m.

LOCATION: Radisson Hotel Bismarck

         Empire Conference Room

         605 East Broadway Avenue

         Bismarck, North Dakota 58501


REPORTER: KAYLA A. RICHMOND

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 1:17-cv-09307-JPO   Document 74-1   Filed 01/25/19   Page 3 of 8

10/19/2018     King-Devick Test, Inc., v. NYU Langone Hospitals, et al.     Alan King

```
 1      A. Yes.
 2      Q. What type of research did you do?
 3      A. Well, most of the research we did was when Steve
 4  and I decided to develop the King-Devick Test.
 5      Q. When did you start that research?
 6      A. I don't recall.
 7      Q. Was this research for a class?
 8      A. It was for our senior research project.
 9      Q. What's a senior research project?
10      A. Everybody who graduates from optometry school
11  has to do a doctoral thesis and it's called a senior
12  research project. And so Steven and I decided to
13  corroborate on this test.
14      Q. Is it -- is it something that you have to do
15  field research or is it writing a paper?
16      A. Both.
17      Q. And who decided to work with the other? Did you
18  decide to work with Mr. Devick or did he approach you to
19  work with him on this research?
20          MR. KLUFT: Object to the form.  You can
21  answer.
22      A. I have no idea. I don't really remember. It was
```
Page 14

```
 1  42 years ago.
 2      Q. Was there a professor that advises you for your
 3  senior research project?
 4      A. Yes.
 5      Q. Who was that professor?
 6      A. Dr. Darrell Slangy.
 7      Q. And was he your professor for any other classes?
 8      A. Yes.
 9      Q. What classes?
10      A. No recollection.
11      Q. Did everyone in your class do a senior research
12  project in a pair?
13      A. No.
14      Q. Can you just tell me generally what your
15  research, the senior research paper was about?
16      A. Detecting reading disabilities by testing
17  saccadic functions of the eye.
18      Q. What is a saccadic function?
19      A. It's the eye movements that you use when you --
20  when you go from -- when you're reading a line of paper,
21  your eyes go in saccadic fixations, not continual
22  pursuits, but they go in saccadic, sporadic saccadic
```
Page 15

```
 1  functions where your eyes jump from one spot to another.
 2      Q. So how is that different from the continuous
 3  pursuit?
 4      A. Well, you don't use continuous pursuit in
 5  reading you -- that's -- that's something that you like
 6  following a baseball. But if you're reading, you're
 7  using saccadic fixations.
 8      Q. Where did you first learn about saccadic
 9  fixations?
10      A. In class.
11      Q. And what did you learn in class?
12      A. There was a test called the Pierce Saccade Test
13  that we -- that was being taught at the school.
14      Q. What is a saccade?
15      A. I just told you. Saccade is going from one spot
16  to another.
17      Q. So is a saccades the same as a saccadic
18  fixation?
19      A. Yes.
20      Q. Before you started your research project, did
21  you research other eye movement exams?
22      A. Do not recall.
```
Page 16

```
 1      Q. Did you review the literature in that area of
 2  research?
 3      A. Yes.
 4      Q. Do you recall what -- what books or papers that
 5  you reviewed?
 6      A. I don't recall.
 7      Q. You mentioned the Pierce Saccade Test, what is
 8  the Pierce Saccade Test?
 9      A. It was a -- a paper produced by a professor of
10  optometry and not sure where he was that he developed
11  the Pierce Saccade Test which he thought tested saccadic
12  functions.
13      Q. And why do you say he thought?
14      A. Because he was wrong.
15      Q. Why was he wrong?
16      A. He didn't -- how do I go about this explaining
17  it. His test was designed so you just go from one point
18  to another, it didn't really test the saccadic function.
19  It actually tested pursuits more than it did that. So it
20  didn't mimic the reading process.
21      Q. So to mimic the reading process, would you need
22  to be looking at more than two items on a line?
```
Page 17

Case 1:17-cv-09307-JPO   Document 74-1   Filed 01/25/19   Page 4 of 8

10/19/2018        King-Devick Test, Inc., v. NYU Langone Hospitals, et al.        Alan King

1    A. Yes.
2    Q. Do you recall when you first learned about the
3    Pierce Saccade Test?
4    A. I don't remember.
5    Q. Do you recall if you learned about it in class?
6        MR. KLUFT: Objection.  Asked and
7    answered. You can answer.
8    A. I believe it was in class, yes.
9    Q. Do you recall who the professor was?
10   A. No.
11   Q. Were there any similar saccadic tests that you
12   studied in class?
13   A. Not that I know of.
14   Q. Are you familiar with a test called the Vincett
15   Test?
16   A. No.
17   Q. Dr. King, I'm handing you what's marked as
18   exhibit two. And this has on the bottom right, a bates
19   number. This is just an identifier that shows, you know,
20   what number this document is. This is - this document
21   has bates number NYU00469222. So just take a look at
22   this document and obviously it's -- it's got multiple

Page 18

1    pages, but I can tell you which -- which pages we're
2    going to be focusing on, but just take a look and let me
3    know if you've seen this before?
4    A. I do not recall seeing this before.
5    Q. So I'll represent that this is a photocopy of a
6    publicly available book by William K. Vincett. If you
7    can turn, please, to the page number at the bottom that
8    ends with four six, nine, two, three, seven?
9    A. Yeah.
10   Q. Take a look at the pages that are marked page 33
11   and 34 at the bottom. That's actually the page that you
12   were on.
13   A. Pardon me?
14       MR. KLUFT: And by 33 and 34, just for the
15   record, you don't mean the bates numbers, but the
16   records of the articles.
17   Q. Yeah, no. The number at the center in the
18   bottom, so the two pages that you have.
19   A. These two?
20   Q. Yes. Have you seen these before?
21   A. No.
22   Q. Okay. You can set that aside. Are you familiar

Page 19

1    with a vision test called the Gilbert Test?
2    A. No.
3    Q. Are you familiar with an optometrist named
4    Luther Gilbert?
5    A. No.
6    Q. When you were working on your research, your
7    senior research project with Mr. Devick, were there any
8    other tests that involved reading numbers or letters
9    that you studied?
10   A. No.
11   Q. So after you studied the Pierce Saccade Test,
12   what did you do next for your research study?
13       MR. KLUFT: Object to the form. I think it
14   mischaracterizes testimony, but you can answer.
15   A. I'm not sure what you're asking.
16   Q. Sure. I'll rephrase the question. Well, describe
17   for me what the beginning steps were of your senior
18   research project with Mr. Devick?
19   A. When we looked at the Pierce Saccade Test, we
20   decided it didn't really test saccadic functions and it
21   didn't mimic the reading process and our whole -- our
22   whole basis of research was to try to be able to

Page 20

1    identify reading difficulties in children, so we decided
2    to design something that would more accurately test
3    reading ability in children rather than what was on the
4    Pierce Saccade Test because it didn't predict any -- it
5    didn't mimic the reading process at all.
6    Q. And what's the -- what is the connection between
7    your reading ability and the saccadic function?
8    A. In order to be a good reader, if you're -- you
9    have to have accurate saccades, if you don't have
10   accurate saccades, a lot of times, just for an example,
11   when you're taking our test, you might overshoot a
12   number and then have to come back because you -- the
13   saccadic fixation wasn't accurate, so it takes somebody
14   with poor saccadic functions longer to read our pages
15   than someone who has accurate saccadic functions.
16   Q. So somebody who has inaccurate saccadic function
17   would take longer to read a page than somebody who did
18   have accurate saccadic function?
19   A. Yes.
20   Q. Dr. King, I'm gonna hand you what's marked as
21   exhibit three and this has the bates number KDT zero,
22   two, nine, eight, three, zero, four and the -- this is

Page 21

Case 1:17-cv-09307-JPO   Document 74-1   Filed 01/25/19   Page 5 of 8

10/19/2018                King-Devick Test, Inc., v. NYU Langone Hospitals, et al.                Alan King

**Page 34**

1   A. Similar.
2   Q. How is it similar?
3   A. They have the arrows and lines.
4   Q. And what are the arrows and lines for?
5   A. Again, to show whoever is taking the test how to
6   follow.
7   Q. And then flipping to the next page, ending in
8   bates number eight, three, three, one, what are the
9   lines on this page for?
10       MR. KLUFT: Objection. Lack of foundation,
11   you can answer.
12   A. The same way just to follow -- to go from one
13   number to the next.
14   Q. Then flipping to the next page ending with
15   eight, three, three, two. Are there any lines on this
16   page?
17   A. No.
18   Q. Do you know why not?
19   A. No.
20   Q. On this page would the reader read the numbers
21   from left to right?
22       MR. KLUFT: Objection. You can answer.

**Page 35**

1   A. Yes.
2   Q. Flipping to the next page ending in two, nine,
3   eight, three, three, three. Would the reader read the
4   numbers from left to right on this page as well?
5   A. Yes.
6   Q. Is the King-Devick Test a modification of the
7   Pierce Saccade Test?
8   A. No.
9   Q. Why do you say that?
10   A. Because the Pierce Saccade Test did not test
11   saccades.
12       MR. KLUFT: I'm sorry, I'm just gonna
13   object to the form of the question as vague, but you
14   already answered.
15   Q. Does the King-Devick Test follow the same basic
16   format as the Pierce Saccade Test?
17       MR. KLUFT: Object to the form. You can
18   answer.
19   A. Basic format, possibly.
20   Q. How does it follow the same basic format?
21   A. Well, we have a demonstration card and we have
22   three tests to test the candidate.

**Page 36**

1   Q. What else is similar?
2   A. The lines and then no lines.
3   Q. When you say the lines, do you mean the lines on
4   the demonstration card?
5   A. Yes.
6   Q. And on the test one card?
7   A. Yes.
8   Q. And when you say no lines, do you mean on test
9   two and test three cards?
10   A. Yes.
11   Q. Is there anything else that's similar between
12   the two tests?
13   A. No.
14   Q. What's different between the King-Devick Test
15   and the Pierce Saccade Test?
16       MR. KLUFT: Objection. You can answer.
17   A. Because of the fact that we used more numbers,
18   more randomly spaced numbers, it actually tested
19   saccadic function. Whereas this did not because it just,
20   it was just smooth pursuits and habituation. There were
21   a lot of things wrong with this that didn't test
22   saccadic function.

**Page 37**

1   Q. Did you refer to the Pierce Saccade Test when
2   you were developing the King-Devick Test?
3       MR. KLUFT: Objection. Vague.
4   A. I think they gave it to us. I don't remember.
5   Q. Did you study the Pierce Saccade Test in your
6   classes before you began developing the King-Devick
7   Test?
8   A. Yes.
9   Q. So flipping back to the page demonstration card
10   with the bates number ending in eight, three, three,
11   zero?
12   A. Yes.
13   Q. Do you see on the bottom left of the page where
14   it says Pierce Saccade Test Copyright 1972?
15   A. I see that.
16   Q. And you see at the bottom right of that page
17   where it says Cook Inc, PO Box four, nine eight in
18   Indiana, four seven, four, zero, one?
19   A. Yes.
20   Q. Do you see -- do you see similar references to
21   the Pierce Saccade Test copyright and the Cook Inc
22   address on the next three page ending in eight, three,

Case 1:17-cv-09307-JPO   Document 74-1   Filed 01/25/19   Page 6 of 8

10/19/2018     King-Devick Test, Inc., v. NYU Langone Hospitals, et al.     Alan King

**Page 38**

1  three, one, eight, three, three, two, and eight, three,
2  three, three?
3      A. Yes.
4      Q. Did you ever discuss with anyone whether you
5  would need to get permission to use the Pierce Saccade
6  Test in your research?
7      A. No.
8      Q. Why not?
9      A. I have no idea. Because it wasn't the same test.
10     Q. Did you ever try to contact Cook Inc. At this
11 address on the Pierce Saccade Test?
12     A. Nope.
13     Q. Did Mr. Devick try to contact Cook Inc., at that
14 address?
15     A. I have no idea.
16     Q. Did you ever consider getting a license to use
17 the Pierce Saccade Test in your paper?
18         MR. KLUFT: Objection. Lack of foundation.
19     A. Don't recall.
20     Q. How did you get this copy of the Pierce Saccade
21 Test?
22     A. I don't remember. I don't remember.

**Page 39**

1      Q. Did you have this copy of -- or a copy of the
2  Pierce Saccade Test when you were developing the
3  King-Devick Test?
4      A. Yes.
5      Q. Did you refer to that copy of the Pierce Saccade
6  Test while you were developing the King-Devick Test?
7          MR. KLUFT: Objection. Asked and answered.
8  You can answer.
9      A. Not really. We developed our own.
10     Q. You had mentioned earlier that there were
11 different drafts or versions of the King-Devick Test
12 while you were working on the senior research. Is that
13 right?
14     A. Yes.
15     Q. Were there any drafts that had fewer than five
16 numbers on a row?
17     A. I do not remember.
18     Q. Do you know who created the Pierce Saccade Test?
19     A. Dr. Jack Pierce.
20     Q. Who's Dr. Jack Pierce?
21     A. He's a professor of optometry that taught at
22 some of the schools. I'm not even sure where he was.

**Page 40**

1      Q. Did you know Dr. Pierce personally?
2      A. No.
3      Q. Did you ever meet Dr. Pierce?
4      A. Yes.
5      Q. When did you meet him?
6      A. I met him right after I graduated, I believe.
7  One time.
8      Q. Where did you meet him?
9      A. At a meeting in Minneapolis.
10     Q. Do you recall what meeting that was?
11     A. North Central Conference.
12     Q. What's the North Central Conference?
13     A. It was just a conference -- a regional
14 conference with several states education.
15     Q. And how did you meet him at that conference?
16     A. Just by chance meeting.
17     Q. What did -- what did the two of discuss?
18     A. Nothing. He asked me if I was the King from the
19 King-Devick. I said yes.
20     Q. Did you talk about the King-Devick Test with Mr.
21 Pierce?
22     A. The only thing he said to me was, I wish I had

**Page 41**

1  thought of that. And that was the end of the
2  conversation.
3      Q. Did you respond when he said he wished he had
4  thought of that?
5      A. No.
6      Q. Did you know Mr. Pierce before you developed the
7  King-Devick Test?
8      A. No.
9      Q. Do you know Mr. Pierce came to know about the
10 King-Devick Test?
11     A. I do not.
12     Q. Did you ask him?
13     A. No.
14     Q. So if you can please turn to page in the same
15 exhibit ending in bates number two, nine, eight, three
16 zero, six? So the very beginning?
17     A. Yes.
18     Q. See in the second full paragraph where it says
19 with this in mind, we designed a test which was a
20 modification of the Pierce and Vincett test, which we
21 administered to 137 school aged children in the Chicago
22 area. Do you see where it says that?

Case 1:17-cv-09307-JPO   Document 74-1   Filed 01/25/19   Page 7 of 8

10/19/2018   King-Devick Test, Inc., v. NYU Langone Hospitals, et al.   Alan King

### Page 58

1  A. I have no idea.
2  Q. When you submitted your senior paper, did you
3  expect that your senior advisor would give it back to
4  you?
5  A. Yes.
6  Q. And he did give it back to you?
7  A. Yes.
8  Q. Did you expect that the college's library would
9  receive a copy?
10 A. No.
11 Q. Do you know whether the library did receive a
12 copy?
13 A. I believe they did. I'm not sure.
14 Q. Do you know who provided that copy to the
15 library?
16     MR. KLUFT: Objection.
17 A. No. I don't.
18 Q. Do you know whether the library made any copies
19 of the senior paper that it had?
20 A. I do not know.
21 Q. Do you know who had access to the copies to the
22 senior paper at the Illinois College of Optometry

### Page 59

1  library?
2      MR. KLUFT: Objection. There's almost no
3  foundation for any of these questions. So my continuing
4  objection, but you can answer if you know.
5  A. No.
6  Q. Do you know how other researchers who were
7  interested in vision tests would be able to get a copy
8  of the senior paper?
9      MR. KLUFT: Objection.
10 A. I do not know how.
11 Q. Do you know whether any researchers learned
12 about the King-Devick Test in the 1970s?
13     MR. KLUFT: Objection. Vague. You can
14 answer.
15 A. Nope.
16 Q. Are you aware of any research articles published
17 in the 1970s that referenced the King-Devick Test?
18 A. I do not.
19 Q. Do you know whether the Illinois College of
20 Optometry's library kept copies of senior papers?
21 A. I don't know for sure.
22 Q. When you were doing research for this senior

### Page 60

1  paper, did you look at any other -- any prior senior
2  papers from other students?
3  A. No.
4  Q. After you submitted your senior paper, did you
5  have to present your research in class?
6  A. I don't recall.
7  Q. Do you recall whether there was any other work
8  product other than the paper itself that came out of
9  your research?
10 A. I don't understand your question.
11 Q. Were there any other physical materials, any
12 other presentations that you created based on your
13 senior research?
14 A. No.
15 Q. Did you give any presentations about the
16 King-Devick test to anyone, whether they were at the
17 college or not?
18     MR. KLUFT: Objection. Vague as to time
19 period.
20 A. Exactly. I don't know when.
21 Q. Did you give any presentations about the
22 King-Devick Test to anyone in the 1970s?

### Page 61

1  A. No. Not that I remember.
2  Q. When did you start your optometry practice?
3  A. 1976.
4  Q. Did you use the test as part of your optometry
5  practice?
6  A. Yes.
7  Q. Do you recall when you started using the
8  King-Devick Test?
9  A. Right away.
10 Q. Do you recall around what month that would have
11 been?
12 A. June.
13 Q. June of 1976? How did you use the King-Devick
14 Test in your optometry practice?
15 A. I made copies of the cards and I used them to
16 test students who I thought might be poor readers --
17 patients that I thought might be poor readers.
18 Q. Do you recall how many copies you made of the
19 test when you first started your optometry practice?
20     MR. KLUFT: Objection. Vague as to time
21 period, but go ahead.
22 A. One.

Case 1:17-cv-09307-JPO   Document 74-1   Filed 01/25/19   Page 8 of 8

10/19/2018        King-Devick Test, Inc., v. NYU Langone Hospitals, et al.        Alan King

### Page 62

1  Q. When you tested your patients with the
2  King-Devick Test, did you test any other vision tests?
3  A. No.
4  Q. Did you give out any copies of the King-Devick
5  test to any of your patients?
6  MR. KLUFT: Objection. Vague as to time
7  period.
8  A. Not really.
9  Q. Why do you say not really?
10 A. I used a couple maybe over -- before Bernell, I
11 think I might've made a copy to give to a student, maybe
12 two or three times.
13 Q. Do you recall whether that was before 1980?
14 A. It would have definitely been before 1980.
15 Q. And who was the student that you made copies
16 for.
17 A. I have no idea.
18 Q. Was this a student at the Illinois College of
19 Optometry?
20 A. No. These were patients when I was in practice.
21 Q. So you -- you made a copy of the King-Devick
22 Test for a patient at your practice?

### Page 63

1  A. Yes.
2  Q. Do you recall -- do you recall why?
3  A. I used that as remediation for a couple of my
4  patients.
5  Q. What do you mean by remediation?
6  A. I had them use the test over and over again and
7  I felt that by using the test over and over again, it
8  would improve their saccadic functions.
9  Q. Did it improve their function?
10 A. Yep.
11 MR. KLUFT: I'm sorry. I just -- I just
12 would impose an objection. I just want to caution that
13 we don't want to get too far into medical histories of
14 individual -- individual patients. And if we do, I want
15 to take a break and think about the question. So if
16 you're going to stop it there, that's fine. But if we're
17 going to get deep into somebody's medical history, I
18 want to think about it and maybe have a discussion off
19 the record.
20 Q. Sure. Did you give any copies of the King-Devick
21 Test to any parents of your patients?
22 A. No.

### Page 64

1  Q. Before 1980, did you work with any other
2  optometrists in your optometry practice?
3  A. No.
4  Q. You were a solo practitioner?
5  A. Correct.
6  Q. Did you ever work with Mr. Devick in an
7  optometry practice?
8  A. No.
9  Q. Before 1980 was your optometry practice based in
10 Dickinson, North Dakota?
11 A. No, I was in Langdon, North Dakota.
12 Q. And where is Langdon, North Dakota?
13 A. Northeast corner of the state.
14 Q. When you gave that copy of the King-Devick Test
15 to one of your patients, did you ask for it back?
16 A. I believe I did.
17 Q. Do you recall whether this patient gave you the
18 test back?
19 A. I believe they did.
20 Q. Do you recall around when you asked for the test
21 back?
22 A. No.

### Page 65

1  Q. Do you know whether the patient made any copies
2  of the King-Devick Test?
3  A. No.
4  Q. You don't recall?
5  A. I don't know.
6  Q. Do you -- do you know whether he showed anyone
7  his copy or her copy of the King-Devick Test?
8  A. I have no idea.
9  Q. Are you aware of any colleges or universities
10 that taught the King-Devick Test prior to 1980?
11 MR. KLUFT: Objection. Vague. You can
12 answer.
13 A. I have no idea.
14 Q. Just going back to the patient who received a
15 copy of the King-Devick Test before 1980, do you recall
16 this person's name?
17 MR. KLUFT: Objection. You can answer. I'm
18 sorry. I withdraw the objection. I just -- instead, I
19 just want to caution, again, I don't want to get into
20 medical history. If we are going to get into it, I'd
21 like to maybe designate a portion of the transcript as
22 highly confidential and --